651 S.E.2d 605

SCDSS CHILD SUPPORT ENFORCEMENT/CINDY RUFF, Plaintiffs,

of whom SCDSS Child Support Enforcement is Petitioner,

v.

Ralph MANGLE, Respondent.

No. 26382.

Supreme Court of South Carolina.

Submitted Sept. 18, 2007.
Filed Sept. 24, 2007.

Stacey L. Kaufman, of South Carolina Department of Social Services Child Support Enforcement Division, of Greenville, for petitioner.

Mr. Ralph Mangle, of Simpsonville, pro se.

PER CURIAM.

We granted this petition for a writ of certiorari to review the Court of Appeals' opinion in *SCDSS Child Support Enforcement/Cindy Ruff v. Mangle*, 370 S.C. 226, 633 S.E.2d 903

190

(Ct.App.2006).   After careful consideration, we now dismiss certiorari as improvidently granted.

**DISMISSED.**

TOAL, C.J., MOORE, WALLER, PLEICONES and BEATTY, concur.